PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—PARKER, LLOYD, BODINE, DONGES, DEAR, WELLS, JJ. 6.

*For modification*—HEHER, WOLFSKEIL, RAFFERTY, JJ. 3.

FIDELITY UNION TRUST COMPANY, AS EXECUTOR AND TRUSTEE, RESPONDENT, v. J. H. THAYER MARTIN, STATE TAX COMMISSIONER, APPELLANT.

Argued October 25, 1937—Decided January 26, 1938.

For the appellant, *David T. Wilentz,* attorney-general.

For the respondent, *Hood, Lafferty & Campbell (Harry Schaffer,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—PARKER, LLOYD, BODINE, DONGES, DEAR, WELLS, JJ. 6.

*For modification*—HEHER, WOLFSKEIL, RAFFERTY, JJ. 3.